UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HD SILICON SOLUTIONS LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>MICROCHIP TECHNOLOGY INC.,<br><br>         Defendant. | Case No.  21-cv-08295-SK<br><br>**ORDER REGARDING PROPOSING<br>AN AMENDED CASE SCHEDULE**<br><br>Regarding Docket Nos. 123, 140 |

As the Court discussed at the hearing on May 13, 2024, the Court DENIES both parties' motions to strike the other parties' experts.  In light of the Court extending the schedule for the entire case, the Court will allow both parties time to depose the other parties' experts, thus alleviating any prejudice from the inadequate disclosures.  The parties shall meet and confer and propose a deadline to depose the expert witnesses.  In addition, as discussed, the parties shall meet and confer to propose new deadlines for the following:

1.    Tutorial

2.    Hearing on pending motion for judgment on the pleadings

3.    Hearing on pending motion to strike amended infringement contentions at least two weeks after the hearing on the motion for judgment on the pleadings.  The parties are advised the Court is tentatively inclined to allow Plaintiff HD Silicon Solutions LLC ("HDSS") to amend its infringement contentions.  The proposed amended schedule should include any changes to the schedule that would be requested if the Court did deny the motion to strike.

4.    Schedule for briefing on the claims construction which includes an opportunity for Defendant Microchip Technology Inc. ("Microchip") to file a revised opening claim construction brief.

United States District Court
Northern District of California

5.     Hearing on the claims construction.

By no later than May 20, 2024, the parties shall meet and confer and shall file their stipulated request, or competing proposals if they cannot agree, regarding the schedule for the above matters.  The Court will schedule a case management conference after resolving the claims construction to address whether the remaining case schedule needs to be adjusted as well.

**IT IS SO ORDERED**.

Dated: May 13, 2024



SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California